## 33002. THOMPSON v. THOMPSON.

HILL, Justice.

This appeal is from a judgment changing the custody of the minor children from the father to the mother. For earlier litigation between these parties see *Thompson v. Thompson,* 237 Ga. 509 (228 SE2d 886) (1976). There is "reasonable evidence" in the trial transcript to support the trial court's decision to change custody and, consequently, we affirm pursuant to *Robinson v. Ashmore,* 232 Ga. 498 (207 SE2d 484) (1974).

*Judgment affirmed. All the Justices concur.*

ARGUED NOVEMBER 22, 1977 — DECIDED JANUARY 6, 1978.

*Araguel, Sanders & Carter, Patrick J. Araguel, Jr.,* for appellant.

*Hirsch, Beil & Partin, Milton Hirsch, Martin, Kilpatrick & Davison, Paul Kilpatrick, Jr.,* for appellee.